

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00678-CR

Kile Ryan **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11315
Honorable Joey Contreras, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on December 5, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court